No. 81–5307.   HAYES *v.* CALIFORNIA.   Ct. App. Cal., 4th App. Dist.   Certiorari denied.

No. 81–5308.   ZATKO *v.* CALIFORNIA.   Sup. Ct. Cal. Certiorari denied.

No. 81–5311.   GIBBS *v.* NORTH CAROLINA.   C. A. 4th Cir.   Certiorari denied.

No. 81–5316.   BELL *v.* UNITED STATES.   C. A. 5th Cir. Certiorari denied.

No. 81–5318.   PARRISH *v.* CITY OF VIRGINIA BEACH ET AL.   C. A. 4th Cir.   Certiorari denied.

No. 81–5327.   GREGORY *v.* SCHWEIKER, SECRETARY OF HEALTH AND HUMAN SERVICES.   C. A. 5th Cir.   Certiorari denied.

No. 81–5328.   JOHL *v.* ACTORS' EQUITY ASSN. ET AL. C. A. 2d Cir.   Certiorari denied.

No. 81–5337.   WATSON *v.* LOUISIANA.   Sup. Ct. La. Certiorari denied.

No. 81–5345.   BOTTOSON *v.* UNITED STATES.   C. A. 5th Cir.   Certiorari denied.

No. 81–5346.   OWENS *v.* UNITED STATES.   C. A. 5th Cir. Certiorari denied.

No. 81–5348.   BREWER *v.* MERIT SYSTEMS PROTECTION BOARD ET AL.   C. A. D. C. Cir.   Certiorari denied.

No. 81–5352.   DUARTE *v.* UNITED STATES.   C. A. 9th Cir.   Certiorari denied.

No. 81–5360.   UNITED STATES EX REL. DZAMBAZOVIC *v.* LANE.   C. A. 7th Cir.   Certiorari denied.